IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LARRY KIRKLAND, JR.,              )
                                  )
              Petitioner,         )
                                  )
     v.                           )      1:22-cr-95-1
                                  )      1:23-cv-384
UNITED STATES OF AMERICA,         )
                                  )
              Respondent.         )

## ORDER

On June 2, 2023, the United States Magistrate Judge's Order
and Recommendation ("Recommendation") was filed and notice was
served on the parties pursuant to 28 U.S.C. § 636. (Docs. 25,
26.) No objections were filed within the time limits prescribed
by Section 636.[1]

Therefore, the court need not make a de novo review and the
Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's
Recommendation, (Doc. 25), is **ADOPTED. IT IS FURTHER ORDERED**
that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner
filing a corrected motion on the proper § 2255 forms.

---

[1] On August 8, 2023, Petitioner filed a corrected motion
under 28 U.S.C. § 2255 to vacate, set aside, or correct
sentence, which is now proceeding as Kirkland v. United States,
1:22-cr-95-1; 1:23-cv-669. (See Doc. 31.)

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of August, 2023.

_____
United States District Judge